| | | |
|---|---|---|
| STATE OF OHIO | ) | |
| | ) SS. | AFFIDAVIT |
| CUYAHOGA COUNTY | ) | |

I, BRIAN DONAHUE, after being duly sworn state the following:

1. I am over eighteen years of age and am competent to testify to the matters set forth herein upon my own personal knowledge.

2. I am a Member of Tetrapoly, LLC.

3. Andrew Kowalski is also a Member of Tetrapoly, LLC.

4. Andrew Kowalski and I were employees of Maxxum Group, Inc. until Maxxum Group, Inc. terminated our employment.

5. Andrew Kowalski and I were never owners, officers or directors of Maxxum Group, Inc.

6. After our employment at Maxxum Group, Inc. was terminated, we began Tetrapoly, LLC.

7. Tetrapoly, LLC, Andrew Kowalski, and I never owned or possessed any real or personal property in the State of Minnesota.

8. Tetrapoly, LLC, Andrew Kowalski, and I never had an office, P.O. Box, telephone listing, address or bank account in the State of Minnesota.

9. Tetrapoly, LLC, Andrew Kowalski, and I never conducted any significant business in the State of Minnesota.

10. Tetrapoly, LLC, Andrew Kowalski, and I never committed any acts in the State of Minnesota giving rise to the claims made by CH Robinson Worldwide, Inc.

11. Tetrapoly, LLC has never been a party to any contract that required performance in the State of Minnesota or required the application of Minnesota law.

12. Tetrapoly, LLC has never had any employees or agents, nor has it conducted any employee training, in the State of Minnesota.

13. Tetrapoly, LLC has never accepted payments drawn on a bank located in the State of Minnesota.

14. Tetrapoly, LLC has not engaged in any advertising directed to or otherwise calculated to reach residents of the State of Minnesota.

15. Tetrapoly, LLC has not sold any products in, transported any products to, or derived any revenue from the sale of goods or services or any other activity in the State of Minnesota.

Further Affiant Sayeth Naught.

_____
BRIAN DONAHUE

Sworn to before me and subscribed in my presence this 8TH day of April, 2010.

_____
NOTARY PUBLIC

PAUL R. HARRIS, Atty.
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.

1830759v1
35384.0006