UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

C.H. Robinson Worldwide, Inc.,      Case No. 10-cv-1143 DSD/FLN

        Plaintiff,

v.

                                             AFFIDAVIT OF WILLIAM GLAD

Maxxum Group, LLC, et al.,

        Defendant.

---

STATE OF MINNESOTA  )
                              ) ss.
COUNTY OF HENNEPIN  )

I, WILLIAM GLAD, after being duly sworn state the following:

1. I am over eighteen years of age and am competent to testify to the matters set forth herein upon my own personal knowledge.

2. I am the Accounts Receivable Manager for CH Robinson Worldwide, Inc. ("CHRW").

3. I have reviewed the records relating to Maxxum Group's ("Maxxum") account. Attached hereto as Exhibit "A" is the 1st and 89th page of an Excel spreadsheet showing a transactional history, including the number of transactions which were paid, the amounts of the payments and the dates of said payments. When combined with the outstanding unpaid invoices, there were more than 4,800 transactions between Plaintiff and Maxxum with a total value in excess of $4,400,000 dollars.

4. For each of the transactions referenced in Exhibit "A", an invoice is

generated from Plaintiff directing Maxxum to pay Plaintiff in Minnesota. Attached hereto as Exhibit "B" is a true and correct copy of one of Plaintiff's standard invoices and is indicative of the more than 4,800 invoices forwarded to Maxxum. Maxxum has sent more than 400 payments to Minnesota.

5. There are more than 600 unpaid invoices totaling more than $440,000 owed to CHRW. Attached hereto as Exhibit "C" is Maxxum's statement of account.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_William Glad, Accounts Receivable manager_
William Glad

Subscribed and sworn to before me
this 21 day of May, 2010.

_Notary Public_



SARA ANN BUESGENS
Notary Public-Minnesota
My Commission Expires Jan 31, 2012

2