UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CH ROBINSON WORLDWIDE, INC., | Civil No. 1:10-cv-1601 (ADM/JSM) |
| | Judge: DAN A. POLSTER |
| Plaintiff, | |
| v. | |
| MAXXUM GROUP, LLC, Tetrapoly, LLC, Alex and Debra Kowalski, Peter Kowalski, Brian Donahue, Tim Carter and Andrew Kowalski | **AFFIDAVIT OF NATHAN W. NELSON** |
| Defendants. | |

STATE OF MINNESOTA   )
                                          )ss.
COUNTY OF HENNEPIN )

Nathan W. Nelson, being first duly sworn under oath, states as follows:

1. I am an attorney with Virtus Law P.L.L.C., attorney for the Plaintiff, CH Robinson Worldwide, Inc., in the above referenced matter.

2. I submit this affidavit in support of motion to enforce settlement agreement set before the Honorable Judge Dan A. Polster.

3. Attached hereto as Exhibit A is a true and correct copy of the Electronic correspondence between Plaintiff's counsel and Tetrapoly Defendants' counsel.

4. Attached hereto as Exhibit B is a true and correct copy of the Electronic correspondence dated April 19, 2010, from Plaintiff's counsel to Tetrapoly Defendants' counsel formalizing the language for the sworn affidavits and inquiring into the $10,000.00 payment.

5. Attached hereto as Exhibit C is a true and correct copy of the Electronic correspondence dated April 19, 2011 from Tetrapoly Defendants' counsel responding by stating that he was tied up with trial.

6. Attached hereto as Exhibit D is a true and correct copy of the Electronic correspondence dated May 17, 2011 following up with Tetrapoly Defendants' counsel regarding the completion of the sworn affidavits and payment of the $10,000.00.

7. Attached hereto as Exhibit E is a true and correct copy of the Electronic correspondence dated May 19, 2011 from Tetrapoly Defendants' counsel replying that he just had returned from trial and that he would get back to Plaintiff after speaking with his clients.

8. Attached hereto as Exhibit F is a true and correct copy of the Electronic correspondence dated May 24, 2011, May 31, 2011, and June 13, 2011 from Plaintiff's counsel to Tetrapoly Defendants' counsel looking for the sworn affidavits and payment in the amount of $10,000.00.

9. Attached hereto as Exhibit G is a true and correct copy of the Electronic correspondence dated June 13, 2011, from Tetrapoly Defendants' counsel responding that Tetrapoly could no longer pay Plaintiff pursuant to the terms of the Settlement Agreement.

Further, your Affiant sayeth naught.

_____
Nathan W. Nelson

Subscribed and sworn to before me
this ___ day of September, 2011.

_____
Notary Public

Merethe S. Voss
Notary Public
Minnesota
My Commission Expires January 31, 2012

2

**To:** Nathan W. Nelson
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

That works. I have a meeting on Friday that should be over at about 1:30 EST.
Paul R. Harris
Ulmer|Berne|LLP
Direct:(216)583-7072

**From:** Nathan W. Nelson [mailto:nnelson@virtuslaw.com]
**Sent:** Tuesday, February 08, 2011 11:13 AM
**To:** Harris, Paul
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Hello Paul – my court schedule has been crazy. Can I give you a call on Friday afternoon to discuss?

**From:** Harris, Paul [mailto:pharris@ulmer.com]
**Sent:** Friday, February 04, 2011 11:14 AM
**To:** Nathan W. Nelson
**Cc:** Yeagley, David
**Subject:** CH Robinson v. Maxxum, et al. - Settlement

Nathan,

Per the message I left with your receptionist today, please give me a call as soon as possible to discuss fulfilling the settlement in the CH Robinson v. Maxxum, et al. matter.

Thanks,
Paul



Paul R. Harris

direct 216.583.7072    Ulmer & Berne LLP
direct fax 216.583.7073    1660 West 2nd Street
pharris@ulmer.com    Suite 1100
www.ulmer.com    Cleveland, Ohio 44113-1448



Cleveland    Columbus    Cincinnati    Chicago

**ULMER & BERNE LLP - CONFIDENTIAL COMMUNICATION**
This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 216-583-7900 or by reply email to the sender. Please delete this email and its attachments from your system and do not retain any copies. You will be reimbursed for reasonable costs incurred in notifying us.



EXHIBIT A

Nathan,

I am preparing for a 2-week trial in Akron, Ohio that starts on April 25. I forwarded your e-mail to my client and will work with them to get the $10K moved into our trust account. I will work on affidavits with them after the trial and get them to you as soon as possible.

Best,
Paul
Paul R. Harris
Ulmer|Berne|LLP
Direct:(216)583-7072

---

**From:** Nathan W. Nelson [mailto:nnelson@virtuslaw.com]
**Sent:** Tuesday, April 19, 2011 12:44 PM
**To:** Harris, Paul
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Paul,

I have attached a guideline so to speak of matters I would like covered in the affidavits of your clients. If you have any questions, give me a call. Have your clients deposited 10k in your trust account?

Best Regards,

Nathan Nelson | Attorney
**main office: 7040 Lakeland Ave, Ste 111 Sheraton Office Bldg, Brooklyn Park, MN  55428**
satellite office: 1191 Northland Dr., Ste 175, Mendota Hts, MN 55120
main: 763.432.2169;  direct dial: 763.432.2867   fax: 763.447.3591

website | email | map (BP) | map (MH)

This email is not, nor shall it be deemed to be, legal advice or counsel, unless the recipient has an attorney-client relationship with Virtus Law, PLLC. This email does not create an attorney- client relationship with any recipient not a client of Virtus Law, PLLC.

CONFIDENTIALITY NOTICE:  This communication is only for use by the intended addressee and may contain information that is privileged or confidential. If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

***IRS CIRCULAR 230 NOTICE:   ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY VIRTUS LAW, PLLC TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

**From:** Harris, Paul [mailto:pharris@ulmer.com]
**Sent:** Tuesday, February 08, 2011 10:21 AM


EXHIBIT B

Nathan,

I am preparing for a 2-week trial in Akron, Ohio that starts on April 25.  I forwarded your e-mail to my client and will work with them to get the $10K moved into our trust account.  I will work on affidavits with them after the trial and get them to you as soon as possible.

Best,
Paul
Paul R. Harris
Ulmer|Berne|LLP
Direct:(216)583-7072

**EXHIBIT C**

**From:** Nathan W. Nelson [mailto:nnelson@virtuslaw.com]
**Sent:** Tuesday, April 19, 2011 12:44 PM
**To:** Harris, Paul
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Paul,

I have attached a guideline so to speak of matters  I would like covered in the affidavits of your clients.  If you have any questions, give me a call.  Have your clients deposited 10k in your trust account?


Best Regards,


Nathan Nelson | Attorney
**main office:** 7040 Lakeland Ave, Ste 111 Sheraton Office Bldg, Brooklyn Park, MN  55428
satellite office: 1191 Northland Dr., Ste 175, Mendota Hts, MN 55120
main: 763.432.2169;   direct dial: 763.432.2867   fax: 763.447.3591

  website |email |map (BP) | map (MH)

This email is not, nor shall it be deemed to be, legal advice or counsel, unless the recipient has an attorney-client relationship with Virtus Law, PLLC.  This email does not create an attorney- client relationship with any recipient not a client of Virtus Law, PLLC.

CONFIDENTIALITY NOTICE:  This communication is only for use by the intended addressee and may contain information that is privileged or confidential.  If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

***IRS CIRCULAR 230 NOTICE:   ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY VIRTUS LAW, PLLC TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***



**From:** Harris, Paul [mailto:pharris@ulmer.com]
**Sent:** Tuesday, February 08, 2011 10:21 AM

***IRS CIRCULAR 230 NOTICE:   ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY VIRTUS LAW, PLLC TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

**From:** Nathan W. Nelson
**Sent:** Tuesday, May 31, 2011 3:20 PM
**To:** 'Harris, Paul'
**Subject:** FW: CH Robinson v. Maxxum, et al. - Settlement

Paul:

Any update from your clients?

Nathan

**From:** Nathan W. Nelson
**Sent:** Tuesday, May 24, 2011 2:45 PM
**To:** 'Harris, Paul'
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Hello Paul:

Any word from your clients?

Nathan

**From:** Harris, Paul [mailto:pharris@ulmer.com]
**Sent:** Thursday, May 19, 2011 2:27 PM
**To:** Nathan W. Nelson
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Hi Nathan,

Hope you are well.  I just got back from my jury trial.  Thankfully it ended with a jury verdict in our favor, but I have been consumed by that trial for the past month.  I will follow up with Tetrapoly asap and get back to you so we can move this toward completion.

Best,
Paul

Paul R. Harris
Ulmer|Berne|LLP
Direct:(216)583-7072

**From:** Nathan W. Nelson [mailto:nnelson@virtuslaw.com]
**Sent:** Tuesday, May 17, 2011 5:55 PM
**To:** Harris, Paul
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Paul,

4



Wanted to follow up regarding this matter. Are we close to completion?

Nathan

**From:** Harris, Paul [mailto:pharris@ulmer.com]
**Sent:** Wednesday, April 20, 2011 3:58 PM
**To:** Nathan W. Nelson
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Thanks Nathan.

Paul R. Harris
Ulmer|Berne|LLP
Direct:(216)583-7072


**From:** Nathan W. Nelson [mailto:nnelson@virtuslaw.com]
**Sent:** Wednesday, April 20, 2011 4:45 PM
**To:** Harris, Paul
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

No problem. Good luck at trial. I will check back with you mid-May.
With kind regards,


Nathan W. Nelson
Virtus Law, PLLC
7040 Lakeland Ave, Suite 111
Brooklyn Park, MN  55428
Direct Dial:  763-432-2867
Fax:  763-447-3591

This email is not, nor shall it be deemed to be, legal advice or counsel, unless the recipient has an attorney-client relationship with Virtus Law, PLLC.  This email does not create an attorney- client relationship with any recipient not a client of Virtus Law, PLLC.

CONFIDENTIALITY NOTICE:  This communication is only for use by the intended addressee and may contain information that is privileged or confidential.  If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

****IRS CIRCULAR 230 NOTICE:   ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY VIRTUS LAW, PLLC TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

**From:** Harris, Paul [pharris@ulmer.com]
**Sent:** Wednesday, April 20, 2011 3:34 PM
**To:** Nathan W. Nelson
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

***IRS CIRCULAR 230 NOTICE: ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY VIRTUS LAW, PLLC TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

**From:** Nathan W. Nelson
**Sent:** Tuesday, May 31, 2011 3:20 PM
**To:** 'Harris, Paul'
**Subject:** FW: CH Robinson v. Maxxum, et al. - Settlement

Paul:

Any update from your clients?

Nathan

**From:** Nathan W. Nelson
**Sent:** Tuesday, May 24, 2011 2:45 PM
**To:** 'Harris, Paul'
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Hello Paul:

Any word from your clients?

Nathan

**From:** Harris, Paul [mailto:pharris@ulmer.com]
**Sent:** Thursday, May 19, 2011 2:27 PM
**To:** Nathan W. Nelson
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Hi Nathan,

Hope you are well. I just got back from my jury trial. Thankfully it ended with a jury verdict in our favor, but I have been consumed by that trial for the past month. I will follow up with Tetrapoly asap and get back to you so we can move this toward completion.

Best,
Paul

Paul R. Harris
Ulmer|Berne|LLP
Direct:(216)583-7072



**From:** Nathan W. Nelson [mailto:nnelson@virtuslaw.com]
**Sent:** Tuesday, May 17, 2011 5:55 PM
**To:** Harris, Paul
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Paul,

4

There have been intervening and superseding circumstances during this period of delay that have had a drastic impact on Tetrapoly and its ability to pay $10,000.00 to CH Robinson. In February 2011, Tetrapoly had a catastrophic machine shutdown as the result of a part failure. A replacement part was immediately ordered from the Italian manufacturer of the equipment, Costarelli OC, the only provider of replacement parts. The part was delayed in customs for a week in Chicago on its way to Cleveland. Tetrapoly eventually received the part and started processing materials again, but the damage done to the business was significant. Then, in May 2011, a regional bank took ownership of the processing equipment (Tetrapoly leased the equipment) and Tetrapoly could no longer process materials. Tetrapoly is no longer a processing business, and two of the three Members of the business plan to leave. To sum it up, Tetrapoly is facing dire circumstances.

We prefer to work out a resolution that is in both of our clients' interests. While the $10,000 is obviously a problem, Matthew Kowalski and Brian Donahue are still willing to provide affidavits to settle the case. We are finalizing drafts of affidavits with that end in mind. I am sorry that these circumstances have developed - and believe me, so is Tetrapoly - but all I can do is make you aware of the changes and offer to discuss a resolution. Please call me to do so.

Best,
Paul

Paul R. Harris
Ulmer|Berne|LLP
Direct:(216)583-7072

---

**From:** Nathan W. Nelson [mailto:nnelson@virtuslaw.com]
**Sent:** Monday, June 13, 2011 12:29 PM
**To:** Harris, Paul
**Subject:** FW: CH Robinson v. Maxxum, et al. - Settlement

Paul:

Status update? My client is quickly running out of patience. I need some type of update and ETA or we will need to pursue other avenues.


Best Regards,


Nathan Nelson | Attorney
main office: 7040 Lakeland Ave, Ste 111 Sheraton Office Bldg, Brooklyn Park, MN  55428
satellite office: 1191 Northland Dr., Ste 175, Mendota Hts, MN 55120
main: 763.432.2169;  direct dial: 763.432.2867   fax: 763.447.3591

website | email | map (BP) | map (MH)

This email is not, nor shall it be deemed to be, legal advice or counsel, unless the recipient has an attorney-client relationship with Virtus Law, PLLC. This email does not create an attorney- client relationship with any recipient not a client of Virtus Law, PLLC.

CONFIDENTIALITY NOTICE:  This communication is only for use by the intended addressee and may contain information that is privileged or confidential. If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.



EXHIBIT F

3

***IRS CIRCULAR 230 NOTICE: ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY VIRTUS LAW, PLLC TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

**From:** Nathan W. Nelson
**Sent:** Tuesday, May 31, 2011 3:20 PM
**To:** 'Harris, Paul'
**Subject:** FW: CH Robinson v. Maxxum, et al. - Settlement

Paul:

Any update from your clients?

Nathan

**From:** Nathan W. Nelson
**Sent:** Tuesday, May 24, 2011 2:45 PM
**To:** 'Harris, Paul'
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Hello Paul:

Any word from your clients?

Nathan

**From:** Harris, Paul [mailto:pharris@ulmer.com]
**Sent:** Thursday, May 19, 2011 2:27 PM
**To:** Nathan W. Nelson
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Hi Nathan,

Hope you are well. I just got back from my jury trial. Thankfully it ended with a jury verdict in our favor, but I have been consumed by that trial for the past month. I will follow up with Tetrapoly asap and get back to you so we can move this toward completion.

Best,
Paul

Paul R. Harris
Ulmer|Berne|LLP
Direct:(216)583-7072

**From:** Nathan W. Nelson [mailto:nnelson@virtuslaw.com]
**Sent:** Tuesday, May 17, 2011 5:55 PM
**To:** Harris, Paul
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Paul,

4

**Cc:** Tim Fafinski (timf@greenleafgroup.com)
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Paul:

We had discussed your clients depositing the settlement funds in your account back in early February. As such, my clients are not inclined to waive the financial portion of the settlement agreement.

Please have your clients finalize their affidavits and remit the sums pursuant to the settlement by Friday, July 1, 2011. If your clients fail to do so we will have no choice but to move the court for an entry of judgment pursuant to the settlement agreement.


With kind regards,


Nathan W. Nelson
Virtus Law, PLLC
7040 Lakeland Ave, Suite 111
Brooklyn Park, MN 55428
Direct Dial: 763-432-2867
Fax: 763-447-3591

This email is not, nor shall it be deemed to be, legal advice or counsel, unless the recipient has an attorney-client relationship with Virtus Law, PLLC. This email does not create an attorney- client relationship with any recipient not a client of Virtus Law, PLLC.

CONFIDENTIALITY NOTICE: This communication is only for use by the intended addressee and may contain information that is privileged or confidential. If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

****IRS CIRCULAR 230 NOTICE:  ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY VIRTUS LAW, PLLC TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

**From:** Harris, Paul [pharris@ulmer.com]
**Sent:** Monday, June 13, 2011 4:17 PM
**To:** Nathan W. Nelson
**Cc:** Yeagley, David
**Subject:** RE: CH Robinson v. Maxxum, et al. - Settlement

Nathan,

We reached an agreement to resolve this case on December 15, 2010. That agreement included affidavits from Brian Donahue and Matthew Kowalski regarding their departure from Maxxum Group, Inc. and the establishment of Tetrapoly, LLC ("Tetrapoly"). You were to provide us with a list of items that were to be addressed in those affidavits. We did not hear from you for over a month, so on January 26, 2011, I sent you an e-mail regarding fulfillment of the settlement. I did not hear back from you, so on February 4, I called and e-mailed you again. You responded on February 8, but I did not receive the list of items to be addressed in the affidavits until April 19, 2011, more than four months after the parties agreed to the settlement terms.

EXHIBIT 6

There have been intervening and superseding circumstances during this period of delay that have had a drastic impact on Tetrapoly and its ability to pay $10,000.00 to CH Robinson. In February 2011, Tetrapoly had a catastrophic machine shutdown as the result of a part failure. A replacement part was immediately ordered from the Italian manufacturer of the equipment, Costarelli OC, the only provider of replacement parts. The part was delayed in customs for a week in Chicago on its way to Cleveland. Tetrapoly eventually received the part and started processing materials again, but the damage done to the business was significant. Then, in May 2011, a regional bank took ownership of the processing equipment (Tetrapoly leased the equipment) and Tetrapoly could no longer process materials. Tetrapoly is no longer a processing business, and two of the three Members of the business plan to leave. To sum it up, Tetrapoly is facing dire circumstances.

We prefer to work out a resolution that is in both of our clients' interests. While the $10,000 is obviously a problem, Matthew Kowalski and Brian Donahue are still willing to provide affidavits to settle the case. We are finalizing drafts of affidavits with that end in mind. I am sorry that these circumstances have developed - and believe me, so is Tetrapoly - but all I can do is make you aware of the changes and offer to discuss a resolution. Please call me to do so.

Best,
Paul

Paul R. Harris
Ulmer|Berne|LLP
Direct:(216)583-7072

**From:** Nathan W. Nelson [mailto:nnelson@virtuslaw.com]
**Sent:** Monday, June 13, 2011 12:29 PM
**To:** Harris, Paul
**Subject:** FW: CH Robinson v. Maxxum, et al. - Settlement

Paul:

Status update? My client is quickly running out of patience. I need some type of update and ETA or we will need to pursue other avenues.


Best Regards,


**Nathan Nelson | Attorney**
main office: 7040 Lakeland Ave, Ste 111 Sheraton Office Bldg, Brooklyn Park, MN 55428
satellite office: 1191 Northland Dr., Ste 175, Mendota Hts, MN 55120
main: 763.432.2169; direct dial: 763.432.2867 fax: 763.447.3591

website |email |map (BP) | map (MH)

This email is not, nor shall it be deemed to be, legal advice or counsel, unless the recipient has an attorney-client relationship with Virtus Law, PLLC. This email does not create an attorney- client relationship with any recipient not a client of Virtus Law, PLLC.

CONFIDENTIALITY NOTICE: This communication is only for use by the intended addressee and may contain information that is privileged or confidential. If you are not the intended recipient you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.