UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| C.H. ROBINSON WORLDWIDE, INC., | ) | Case No. 1:10 CV 1601 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | **MINUTES** |
| | ) | **and** |
| MAXXUM GROUP, LLC, et al., | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendants. | ) | |

On December 15, 2010, the parties settled this contract action which was dismissed with prejudice following the Case Management Conference. (Doc #: 41.) The terms of the settlement required certain Defendants to meet certain obligations by January 31, 2011. Nine months later, on September 9, 2011, Plaintiff filed a Motion to Enforce Settlement Agreement. (**Doc #: 42**.)

After reviewing the post-dismissal Motion, the Court held a teleconference with counsel on September 13, 2011. Following discussions, the Court scheduled a Show Cause Hearing in Courtroom 18B of the Carl B. Stokes U.S. Court House at 12:30 p.m. on Monday, October 3, 2011. The Court hereby **DIRECTS** Brian Donahue, Matthew Kowalski, and Andrew Kowalski to attend the hearing in person, bring along their personal financial statements, and be prepared to discuss why they and/or Defendant Tetrapoly, LLC should not be held in contempt of court for failure to meet their settlement obligations. At the same time, Plaintiff's counsel shall be

prepared to explain why his client waited nine months to file the pending motion when it was agreed that the terms of the settlement were to be completed by January 31, 2011.

Counsel shall contact the Court before the hearing date should the parties reach a resolution among themselves.

**IT IS SO ORDERED.**


                                                 */s/ Dan A. Polster     September 14, 2011*
                                                 **Dan Aaron Polster**
                                                 **United States District Judge**