UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CH ROBINSON WORLDWIDE, INC., <br><br> Plaintiff, <br> v. <br><br> MAXXUM GROUP, LLC, Tetrapoly, LLC, Alex and Debra Kowalski, Peter Kowalski, Brian Donahue, Tim Carter and Andrew Kowalski <br><br> Defendants. | Civil No. 1:10-cv-1601 (ADM/JSM) <br> Judge:  DAN A. POLSTER <br><br><br> **PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

Plaintiff, CH ROBINSON WORLDWIDE, INC. (hereafter "Plaintiff"), hereby notifies the Court and counsel of its withdrawal of its pending Motion to Enforce Settlement Agreement (Doc # 42).  On September 9, 2001, Plaintiff filed a Motion to Enforce Settlement Agreement pertaining to Defendants Tetrapoly, LLC, Brian Donahue, Andrew Kowalski, and Matthew Kowalski (collectively "Tetrapoly").  An Order to Show Cause Hearing has been scheduled for Monday, October 3, 2011.  (Doc # 43).  Plaintiff and Tetrapoly have resolved their outstanding issues and entered into a subsequent Settlement Agreement and Release.

Plaintiff reserves the right to reinstate its Motion to Enforce Settlement Agreement should Tetrapoly fail to meet the conditions of the current Settlement Agreement and Release.  Plaintiff respectfully requests the Court cancel the Order To Show Cause Hearing presently scheduled for Monday, October 3, 2011 and dismiss this matter without prejudice.

Dated this September 29, 2011.        VIRTUS LAW, P.L.L.C.


    _s/ Nathan W. Nelson_
Nathan W. Nelson (No. 0347401)
7040 Lakeland Ave, Suite 111
Brooklyn Park, MN  55428
Telephone: (763) 432-2169

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

Plaintiff's Notice of its Withdrawal of its Motion to Enforce Settlement Agreement was filed electronically with the Court on September 29, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                    *s/ Nathan W. Nelson*
                                                    Nathan W. Nelson (No. 0347401)
                                                    ***Attorney for Plaintiff***